UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case Number: |
| ) | 4:23cr25 |
| ARTHUR SINGLETON, ) | |
| Defendant. ) | |

## ORDER ON DEFENSE COUNSEL'S MOTION FOR LEAVE

Based upon the motion of defense counsel, and for good cause shown therein, defense counsel's Motion for Leave of Absence is hereby GRANTED for the following dates:

a.) 4/12/2023 through 4/16/2023

So ORDERED this 9th day of April, 2023.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia