AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA, | JUDGMENT OF FORFEITURE |
| v. | CASE NUMBER: 4:23-cr-25 |
| ARTHUR SINGLETON, | |
| Defendant. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 31, 2024, the United States' Motion for Forfeiture of Property is granted regarding the following Subject Property: Taurus Model G2C, 9mm caliber, semi-automatic pistol, S/N ACB542184 and seventeen (17) rounds of 9mm ammunition. All right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America. The United States Marshals Service, or its duly authorized agents and/or contractors are directed to dispose of the Subject Property in accordance with all applicable laws and regulations. The United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and the Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

Approved by: _[signature]_

August 6, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/2020